

20250811134307

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** |
|---|---|
| EFFECTED (1) BY ME: | **GIANFRANCO MAUCIONE** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **8/11/2025 2:26:11 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

BURGER MAKER, INC.

Place where served:

666 16TH STREET   CARLSTADT  NJ  07072

[ X ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

TIFFANY RIVERA

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX:F___ AGE: 36-50  HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN:BROWN   HAIR:BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

11th day of August, 2025

Notary Signature _____

Rosemary Ramos          September 25th, 2028
Name of Notary           My Commission Expires

ROSEMARY RAMOS
My Commission Expires
NOTARY
PUBLIC
September 25, 2028
STATE OF NEW JERSEY

I, GIANFRANCO MAUCIONE,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____          08/11/2025
Signature of Process Server          Date

ATTORNEY:     STEPHEN R. BOSIN, ESQ.
PLAINTIFF:    PRISCILLA TROESCHER
DEFENDANT:    BURGER MAKER, INC.
VENUE:        DISTRICT
DOCKET:       2 25 CV 14357 CCC JSA
COMMENT: