UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____X  Case No. 2:25-cv-14357(CCC)(JSA)

Priscella Troescher

    Plaintiff                                    NOTICE OF MOTION
                                                                       FOR DEFAULT JUDGMENT

    v.

Burger Maker, Inc,

    Defendant

_____X

To: Tiffany Rivera
    Burger Maker, Inc.
    666 16th Street
    Carlstadt, N.J. 07072
    Defendant

    **PLEASE TAKE NOTICE** that on October 20, 2025 at 10:00 A.M. or as soon thereafter as counsel may be heard, Plaintiff, Pricella Troescher, by and through her undersigned counsel shall move before the Honorable Claire C. Cecchi of the District Court of New Jersey at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey for the entry of a default judgment against Defendant, Burger Maker, Inc., pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

The grounds for this motion are that the Clerk of Court has entered a default against Defendant on September 17, 2025 for failure to plead or otherwise defend in this action and Plaintiff is entitled to judgment by default.

In support of this motion Plaintiff shall rely on her testimony and the exhibits introduced into evidence at this hearing,

A proposed form of Order is submitted.

/s/Stephen R. Bosin  
Stephen R. Bosin, Esq.  
70 Grand Ave. Suite 200  
River Edge, N.J. 07661  
(201)342.4117  
StephenBosin@aol.com  
Attorney for Plaintiff

Dated: September 26, 2025

### Certificate of Service

I hereby certify that on September 26, 2025 a copy of the foregoing Notice of Motion and proposed from of order were served upon Tiffany Rivera at Burger Maker, Inc. at 666 16th Street, Carlstadt, New Jersey by first class mail, return receipt requested and upon its President Jamie Schweid by first class mail postage prepaid at the same address.

/s/Stephen R. Bosin  
Stephen R. Bosin

Dated: September 26, 2025