# STEPHEN ROGER BOSIN

Attorney At Law
70 Grand Avenue • Suite 200
River Edge, New Jersey 07661

Member
New Jersey, New York
California Bars

Telephone 201.342.4117
Facsimile 201.342.8780
E-mail: StephenBosin@aol.com

Hon. Claire C. Cecchi
U.S. District Court
District of New Jersey

October 10, 2025

    Re: Troescher v. Burger Maker, Inc.
        2:25-cv-14357-CCC-JSA

Dear Judge Cecchi,

    I represent Plaintiff, Priscella Troescher. On September 26, 2025 I filed a motion for a default judgment which is returnable on Oct. 20, 2025. Since the filing of the motion I have been in contact with Robert Milman, counsel for Defendant to explore the possibility of settlement. I therefore ask that this motion be carried for two weeks.

Respectfully submitted,

Stephen R. Bosin