UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------------x   **Index No.: 2:25-cv-14357**

PRISCILLA TROESCHER

**NOTICE OF APPEARANCE**

Plaintiff,

-against-

BURGER MAKER, INC.,

Defendant.

----------------------------------------------------------------------x

### NOTICE OF APPEARANCE OF JOSEPH M. LABUDA, ESQ. FOR DEFENDANT

PLEASE TAKE NOTICE that Joseph M. Labuda, Esq. hereby appears as counsel for

Defendant. I certify that I am admitted to practice in the United States District Court for the

District of New Jersey.

Dated:  Lake Success, New York
        October 16, 2025

MILMAN LABUDA LAW GROUP PLLC


_Joseph M. Labuda_
Joseph M. Labuda, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
Joe@mllaborlaw.com

*Attorneys for Defendant*