UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------X
**PRISCILLA TROESCHER,**

                                                                                     Docket No. 2:25-cv-14357

                **Plaintiff,**

   -against-

**BURGER MAKER INC.,**

                **Defendant.**
----------------------------------------------------------------X

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Burger Maker, Inc. states that there are no parent corporations or any publicly held corporation which owns ten percent (10%) or more of its stock.

Dated:  Lake Success, New York
           December 1, 2025                       Respectfully submitted,

                                               **MILMAN LABUDA LAW GROUP PLLC**

                                               _/s/ Joseph Labuda, Esq._
                                               Joseph M. Labuda, Esq.
                                               3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042-1073
                                             (516) 328-8899 (office)
                                             (516) 328-0082 (facsimile)
                                             joe@mllaborlaw.com

                                             _Attorneys for Defendant_