UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
PRISCILLA TROESCHER,

                                                    Docket No. 2:25-cv-14357

                      Plaintiff,

     -against-

                                                  **JOINT STATUS LETTER**

BURGER MAKER INC.,

                    Defendant.
-----------------------------------------------------------X

The Parties write pursuant to the Court's directive in the Pretrial Scheduling Order, dated December 8, 2025 (ECF No. 21), to provide the Court with a joint status letter, setting forth the status of completing discovery and any settlement discussions.

Defendant has served its initial disclosures and responded to Plaintiff's discovery requests. Defendant has also noticed Plaintiff's deposition for early April 2026. Plaintiff anticipates serving initial disclosures and her responses to Defendant's discovery requests in the next few days. Since she was terminated on January 24, 2025, Plaintiff was successful in finding new employment on January 27, 2026. Plaintiff therefore intends to make a settlement demand before the Parties' status conference call with the Court next week.

Dated: Lake Success, NY
       February 18, 2026                    Respectfully submitted,

                                        **MILMAN LABUDA LAW GROUP PLLC**

                                    By:   *Joseph M. Labuda*
                                              Joseph M. Labuda, Esq.
                                              3000 Marcus Ave., Ste 3W8
                                              Lake Success, New York 11042
                                              (516) 308-4462
                                              Joe@mllaborlaw.com
                                              *Attorneys for Defendant*

2

        Stephen R. Bosin, Esq.
        70 Grand Ave. Suite 200
        River Edge, N.J. 07661
        (201) 342-4117
        stephenbosin@aol.com
        *Attorneys for Plaintiff*