UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
PRISCILLA TROESCHER,

                              Docket No. 2:25-cv-14357

                Plaintiff,

   -against-

                              **JOINT STATUS LETTER**

BURGER MAKER INC.,

                Defendant.
------------------------------------------------------------X

      The Parties write pursuant to the Court's Order, dated February 25, 2026 (ECF No. 23), to provide the Court with a joint status letter regarding settlement discussions. The Parties have exchanged an initial demand and offer. However further discovery, specifically Plaintiff's deposition, is necessary for Defendant to move forward with informed settlement discussions.

Dated: Lake Success, NY
        March 11, 2026                    Respectfully submitted,

                                        **MILMAN LABUDA LAW GROUP PLLC**

                                  By:   *Joseph M. Labuda*
                                          Joseph M. Labuda, Esq.
                                          3000 Marcus Ave., Ste 3W8
                                          Lake Success, New York 11042
                                          (516) 308-4462
                                          Joe@mllaborlaw.com
                                          *Attorneys for Defendant*

                                          Stephen R. Bosin, Esq.
                                          70 Grand Ave. Suite 200
                                          River Edge, N.J. 07661
                                          (201) 342-4117
                                          stephenbosin@aol.com
                                          *Attorneys for Plaintiff*