UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X
PRISCILLA TROESCHER,

                                        Docket No. 2:25-cv-14357

                Plaintiff,

     -against-

                                        **JOINT STATUS LETTER**

BURGER MAKER INC.,

                Defendant.
-------------------------------------------------------------X

The Parties write pursuant to the Court's Order, dated February 25, 2026 (ECF No. 23), to provide the Court with a joint status letter regarding settlement discussions. The Parties have exchanged an initial demand and offer. However further discovery, specifically Plaintiff's deposition, is necessary for Defendant to move forward with informed settlement discussions.

Dated: Lake Success, NY
       March 11, 2026                           Respectfully submitted,

                                                    **MILMAN LABUDA LAW GROUP PLLC**

                                                    By:   *Joseph M. Labuda*
                                                           Joseph M. Labuda, Esq.
                                                            3000 Marcus Ave., Ste 3W8
                                                             Lake Success, New York 11042
                                                             (516) 308-4462
                                                             Joe@mllaborlaw.com
                                                             *Attorneys for Defendant*

\*In light of the foregoing, the parties shall proceed with scheduling Plaintiff's deposition and then submit another status letter on or before 5/11/26.  A Telephone Status Conference is scheduled for 5/18/26 at 11:00 a.m.  The parties are instructed to dial 1-855-244-8681 and enter Access Code: 23024029552# at the time of the Conference. **So ordered.**

                                                     Stephen R. Bosin, Esq.
**s/Jessica S. Allen**                             70 Grand Ave. Suite 200
**United States Magistrate Judge**          River Edge, N.J. 07661
                                                     (201) 342-4117
**Dated: March 12, 2026**                      stephenbosin@aol.com
                                                     *Attorneys for Plaintiff*