# STEPHEN ROGER BOSIN

Attorney At Law
70 Grand Avenue • Suite 200
River Edge, New Jersey 07661

Member
New Jersey, New York
California Bars

Telephone 201.342.4117
Facsimile 201.342.8780
E-mail: StephenBosin@aol.com

*Via ECF*
Magistrate Judge Jessica S. Allen
U. S. District Court
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07101

May 11, 2026

Re: Troescher v. Burger Maker, Inc.
Civil Action No. 2:25-cv-14357-CCC-JSA

Dear Magistrate Judge Allen,

I am writing on behalf of myself and counsel for Defendant with respect to this court's Letter Order of March 12, 2026 scheduling a telephone status conference on 5/18/2026 at 11:00.

The parties were working toward that goal which required that Plaintif's deposition be taken so that there could be meaningful discussions. Plaintiff was deposed on May 6, 2026 but it was not completed. We anticipate that this will be done in the next few weeks and therefore request that this conference call be rescheduled for mid-June. Thank you for your courtesy in this matter.

Respectfully submitted,

Stephen R. Bosin

Cc: Joseph Labuda, Esq.