# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Joseph M. Labuda - Member**
**Direct E-Mail Address: joe@mllaborlaw.com**
**Office: (516) 328-8899**

June 18, 2026

**Via ECF**
Magistrate Judge Jessica S. Allen
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**Re:    Priscilla Troescher v. Burger Maker, Inc.**
**Case No: 2:25-cv-14357**

Dear Judge Allen:

This firm represents Defendant Burger Maker Inc. We respectfully requests that the June 24, 2026 Telephone Status Conference be adjourned to August 5, 2026, or as soon thereafter as the Court is available. Plaintiff's counsel has consented to this request.

Plaintiff's deposition commenced on May 6, 2026, but was not completed. It is scheduled to continue on June 25, 2026, the day after the current conference date. Defendant therefore will not be in a position to provide a meaningful update concerning settlement until after the deposition is completed, the transcript is received and reviewed, and Defendant has conferred with its client.

Respectfully submitted,

/s/ Joseph M. Labuda

cc:    Counsel of Record (via ECF)