# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Joseph M. Labuda - Member
Direct E-Mail Address: joe@mllaborlaw.com
Office: (516) 328-8899

August 5, 2026

**Via ECF**
Magistrate Judge Jessica S. Allen
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**Re:    Priscilla Troescher v. Burger Maker, Inc.**
**Case No: 2:25-cv-14357**

Dear Judge Allen:

Defendant Burger Maker, Inc. respectfully submits this letter requesting that the Court direct Plaintiff to reimburse Defendant for the $575 cancellation charge imposed by Veritext after Plaintiff canceled her June 25, 2026 deposition on the morning it was scheduled to proceed, together with the reasonable attorneys' fees and costs Defendant incurred in seeking that relief.

Plaintiff's deposition was properly noticed to proceed in person at 10:00 a.m. on June 25, 2026, in Livingston, New Jersey. At 1:50 a.m. that morning, Plaintiff personally emailed counsel stating that her son was experiencing an illness, that she could not physically attend the deposition. *See* Ex. A. Defense counsel did not see Plaintiff's overnight email until after both defense counsel and Burger Maker's representative had traveled to and appeared at Veritext. No agreement had been reached to convert the properly noticed in-person deposition to a remote proceeding. Because of the last-minute cancellation, Veritext charged Burger Maker a $575 cancellation fee for the services and personnel reserved for the deposition. *See* Ex. B.

Federal Rule of Civil Procedure 37(d)(1)(A)(i) authorizes relief when a party, after receiving proper notice, fails to appear for her deposition. Rule 37(d)(3) further provides that the Court must require the party failing to appear, the attorney advising that party, or both to pay the reasonable expenses, **including attorneys' fees**, caused by the failure unless the failure was substantially justified or other circumstances would make an award unjust.

Courts in this District have ordered reimbursement of expenses resulting from last-minute deposition cancellations. *See Step by Step School v. Philadelphia Indemnity Insurance Co.*, 2024 US Dist LEXIS 229527, at *14 (D.N.J. Dec. 19, 2024) (granting a motion for Rule 37 sanctions, attorneys' fees, and costs and ordering payment of $7,779.12 arising from failures to appear and last-minute deposition cancellations).

Defendant repeatedly requested that Plaintiff reimburse the $575 cancellation fee. On July 27, 2026, defense counsel also attempted to discuss the matter with Plaintiff's counsel by telephone. Plaintiff's counsel stated that he did not have time to discuss the issue and ended the call. Plaintiff, through counsel, thereafter refused in writing to reimburse Defendant. *See* Ex. C. The parties have therefore been unable to resolve the matter without Court intervention.

Defendant recognizes that unexpected family circumstances may arise and does not seek any broader sanction against Plaintiff. Nevertheless, Burger Maker should not be required to bear an actual third-party expense directly resulting from Plaintiff's cancellation only hours before the deposition was scheduled to proceed. Even assuming the circumstances justified Plaintiff's inability to appear in person, reimbursement of the cancellation charge would place the resulting expense on the party whose nonappearance caused it, rather than on Defendant.

Accordingly, Defendant respectfully requests that the Court direct Plaintiff to reimburse Defendant $575 for the Veritext cancellation fee and award Defendant the reasonable attorneys' fees and costs incurred in preparing and submitting this application, in an amount to be established through a declaration or other documentation as the Court may direct. Alternatively, should the Court wish to discuss the matter further, Defendant is available for a telephone conference at the Court's earliest convenience.

Respectfully submitted,

/s/ Joseph M. Labuda

cc:    Counsel of Record (via ECF)

2