**STEPHEN ROGER BOSIN**
Attorney At Law
70 Grand Avenue • Suite 200
River Edge, New Jersey 07661

Member
New Jersey, New York
California Bars

Telephone 201.342.4117
Facsimile 201.342.8780
E-mail: StephenBosin@aol.com

*Via ECF*
Magistrate Judge Jessica S. Allen
U. S. District Court
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07101

October 5, 2026

Re: Troescher v. Burger Maker, Inc.
Civil Action No. 2:25-cv-14357 (CCC-JSA)
Settlement Conf. 10/15/2026

Dear Magistrate Judge Allen,

I am writing with the consent of my adversary to request a brief adjournment of the above the settlement conference scheduled for October 15, 2026. My client, Priscella Troescher, started a new job but missed several days because her son was sick and she had no sitter to watch him. She then became ill and missed two more work days. She is now concerned that if she takes off on October 15th that she may be terminated and requests that our conference be rescheduled to November 5th or 6th . Thank you for your understanding and courtesy in this matter.

Respectfully submitted,

Stephen R. Bosin

Cc: Joseph Labuda, Esq.